*George P. Decker* for appellant.

*Edward Harris* for respondents.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM H. ARNOLD, Appellant, *v.* THOMAS L. FEITNER et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. Arnold* v. *Feitner*, 76 App. Div. 620, affirmed.
(Argued October 5, 1903; decided October 20, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 28, 1902, which affirmed an order of Special Term quashing a writ of certiorari to review the action of the defendants in assessing the relator's personal estate for the purpose of taxation.

*Walter Large* for appellant.

*George L. Rives, Corporation Counsel (David Rumsey* and *James M. Ward* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

In the Matter of the Application of CAMILLE WEIDENFELD, Appellant, for a Peremptory Writ of Mandamus against RUDOLPH KEPPLER, as President of the New York Stock Exchange, Respondent.

*Matter of Weidenfeld* v. *Keppler*, 84 App. Div. 235, affirmed.
(Argued October 6, 1903; decided October 20, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 16, 1903, which affirmed an order of Special Term denying a